# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JANE DOE
_____
Plaintiff

v.
                                                  _____
                                                  Civil Action No.

SOUTHERN METHODIST UNIVERSITY
_____
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Attorneys Michelle Simpson Tuegel and Maryssa Simpson on behalf of Jane Doe

_____

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Jane Doe, Michelle Simpson Tuegel, The Simpson Tuegel Law Firm, PLLC,  Maryssa Simpson, Micah Dortch, The Potts Law Firm, Southern Methodist University

| | |
|---|---|
| Date: | August 30, 2020 |
| Signature: | *Michelle S. Tuegel* |
| Print Name: | Michelle Simpson Tuegel |
| Bar Number: | 24075187 |
| Address: | 3301 Elm St. |
| City, State, Zip: | Dallas, Texas 75226 |
| Telephone: | 214-774-9121 |
| Fax: | 214-939-9229 |
| E-Mail: | michelle@stfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons