IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANE DOE, § | |
| § | |
| Plaintiff § | |
| § | C.A. NO. 3:20-cv-02584-N |
| v. § | |
| § | JURY DEMANDED |
| SOUTHERN METHODIST § | |
| UNIVERSITY, § | |
| § | |
| Defendant. § | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW WITHOUT PREJUDICE PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND

THIS COURT, having reviewed the Unopposed Motion to Withdraw Without Prejudice Plaintiff's First Amended Complaint and Jury Demand (Doc. 11) and hereby,

ORDERS that the Motion is granted and Plaintiff's First Amended Complaint and Jury Demand (Doc. 11) is hereby withdrawn without prejudice.

Signed November 16, 2020.

_____
David C. Godbey
United States District Judge