IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-2584-N |
| | § | |
| SOUTHERN METHODIST UNIVERSITY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court granted Defendant Southern Methodist University's ("SMU") motion to dismiss Title IX claims with prejudice. It is, therefore, ordered that Doe take nothing against on her Title IX claims against SMU, and the Title IX claims are dismissed with prejudice. Pursuant to 28 U.S.C. § 1367(c)(3), the Court dismisses Doe's pendant state law claims without prejudice. Court costs are taxed against Doe. All relief not expressly granted is denied. This is a final judgment.

Signed June 29, 2021.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE